JS-6

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 5:23-cv-00710-ODW (SHKx) | Date | August 16, 2023 |
|---|---|---|---|
| Title | *Korttney Elliott v. The Grove Building LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's Notice of Settlement, the Court ordered Plaintiff to file a dismissal that complies with Federal Rule of Civil Procedure 41 by August 14, 2023. (ECF No. 17.) The Court noted that "[f]ailure to comply with this Order may be deemed consent to dismissal of the action." Having received no response from Plaintiff to the Court's Order, this case is hereby **DISMISSED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer    SE